JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REBECCA SIMMONS, | ) | Case No. ED CV 15-1865-SP |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: October 31, 2016

_____
SHERI PYM
United States Magistrate Judge